JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philips North America LLC, et al, <br><br> Plaintiff, <br><br> v. <br><br> John Vartanian et al, <br><br> Defendant(s). | CV 22-07469-JVS(JDEx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised that the above-entitled action has settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 30 days, to reopen the action if settlement is not consummated. The Court orders all proceedings in the case vacated and taken off calendar.

DATED: December 4, 2023

_____
James V. Selna
U.S. District Judge